IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| GEORGE E. SUMMERS, | ) | No. C 12-02491 EJD (PR) |
| Plaintiff, | ) | |
| | ) | ORDER OF TRANSFER |
| vs. | ) | |
| | ) | |
| R. CHAPNICK, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

Plaintiff, a state prisoner proceeding pro se, initiated the instant civil rights action by filing exhibits of his medical records, though it was not clear the nature of his action or whom were the appropriate Defendants. Plaintiff later filed a complaint against prison medical personnel at Avenal State Prison alleging inadequate medical treatment. (Docket No. 14.) Because the acts complained of occurred in Kings County, which lies within the venue of the Eastern District of California, venue properly lies in that district and not in this one. See 28 U.S.C. § 1391(b). Accordingly, this case is TRANSFERRED to the United States District Court for the Eastern District of California. See 28 U.S.C. § 1406(a).

The Clerk shall terminate any pending motions and transfer the entire file to the Eastern District of California.

DATED: 2/4/2013

EDWARD J. DAVILA
United States District Judge

Order of Transfer
02491Summers_transfer.wpd                1

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE E. SUMMERS,<br>        Plaintiff,<br>  vs.<br>R. CHAPNICK, et al.,<br>        Defendants. | No. C 12-02491 EJD (PR)<br>ORDER OF SERVICE |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on _____2/6/2013_____, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) inter-office delivery receptacle located in the Clerk's office.

**George E. Summers**
C47252
Avenal State Prison
P. O. Box 9
Avenal, CA 93204

DATED: _____2/6/2013_____
                              Richard W. Wieking, Clerk
                              /s/By: Elizabeth Garcia, Deputy Clerk