# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE EDWARD SUMMERS,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>R. CHAPNICK, et al.,<br><br>　　　　Defendants. | Case No. 1:13-cv-00190 LJO DLB PC<br><br>**ORDER ADOPTING FINDINGS AND RECOMMENDATIONS RECOMMENDING TO DISMISS CERTAIN CLAIMS**<br><br>ECF No. 32 |

Plaintiff George Edward Summers ("Plaintiff") is a prisoner in the custody of the California Department of Corrections and Rehabilitation ("CDCR"). Plaintiff is proceeding pro se in this civil action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

Currently before the Court is Plaintiff's complaint, filed November 13, 2012. (ECF No. 14.) On August 26, 2014, the Magistrate Judge issued a findings and recommendations recommending dismissing certain claims. (ECF No. 32.) Plaintiff did not file objections to the findings and recommendations.

Pursuant to 28 U.S.C. § 636(b)(1)(C), the Court has conducted a de novo review of this case. Having carefully reviewed the entire file, the Court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly, it is HEREBY ORDERED that:

1       This action proceed on Plaintiff's complaint, filed November 13, 2012, against Defendants Biol and Siegresit for deliberate indifference to a serious medical need in violation of the

1

Eighth Amendment;

      2.     Plaintiff's remaining claims and defendants are dismissed, with prejudice, for failure to state a claim; and

      3.     This matter is referred back to the Magistrate Judge to initiate service of process proceedings.

IT IS SO ORDERED.

Dated: **September 22, 2014**        /s/ Lawrence J. O'Neill
                                                  UNITED STATES DISTRICT JUDGE